**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PATRICK KRANAK,                          : No. 152 WAL 2014
                                         :
       Petitioner           :
                                         : Petition for Allowance of Appeal from the
                                         : Order of the Commonwealth Court
    v.                       :
                                         :
                                         :
                                         :
WORKERS' COMPENSATION APPEAL             :
BOARD (US AIRWAYS),                      :
                                         :
      Respondents         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.